EDWARD M. ROBBINS, Jr.
State Bar No. 08314
Hochman Salkin Rettig Toscher &
   Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: (310) 281-3200
Fax: (310) 859-1430
E-Mail: EdR@taxlitigator.com

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:11-CR-00199-AWI |
| ) | |
| Plaintiff, ) | ORDER CONTINUING DATE FOR |
| ) | SENTENCING |
| v. ) | |
| ) | |
| ) | Current Date: September 6, 2011 |
| SEAN CROWTHER ROBERTS and ) | |
| NADIA ROBERTS, ) | New Date: October 3, 2011 |
| ) | |
| Defendants. ) | Time: 9:00 AM |
| ) | Courtroom: 2 |
| ) | Chief Judge Anthony W. Ishii |

PURSUANT TO THE STIPULATION OF THE PARTIES, good cause appearing, it is ordered that the Sentencing now set for September 6, 2011 at 9:00 AM before Chief Judge Anthony W. Ishii may be continued until October 3, 2011 at the same place and time of day.

IT IS SO ORDERED.

Dated:    July 11, 2011    _____
CHIEF UNITED STATES DISTRICT JUDGE