1  EDWARD M. ROBBINS, Jr.
   State Bar No. 08314
2  Hochman Salkin Rettig Toscher &
     Perez, P.C.
3  9150 Wilshire Boulevard, Suite 300
   Beverly Hills, CA 90212
4  Phone: (310) 281-3200
   Fax: (310) 859-1430
5  E-Mail: EdR@taxlitigator.com

6  Attorney for Defendants

             IN THE UNITED STATES DISTRICT COURT FOR THE

                    EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-CR-00199-AWI |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING DATE FOR |
| | ) | SENTENCING |
| v. | ) | |
| | ) | |
| | ) | Current Date: November 14, 2011 |
| SEAN CROWTHER ROBERTS and | ) | |
| NADIA ROBERTS, | ) | New Date: January 23, 2012 |
| | ) | |
| Defendants. | ) | Time: 11:00 AM |
| | ) | |
| | ) | Courtroom: 2 |
| _____ | | Chief Judge Anthony W. Ishii |

   PURSUANT TO THE STIPULATION OF THE PARTIES, good cause appearing, it is ordered that the Sentencing now set for November 14, 2011 at 9:00 AM before Chief Judge Anthony W. Ishii may be continued until January 23, 2012 at 11:00 AM at the same place.

   IT IS SO ORDERED.

   Dated:    November 1, 2011                    /s/ signature
                                          CHIEF UNITED STATES DISTRICT JUDGE