BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
TIMOTHY J. STOCKWELL
JOHN P. SCULLY
Trial Attorneys
Department of Justice, Tax Division
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>  )<br>SEAN CROWTHER ROBERTS and  )<br>NADIA ROBERTS,  )<br>  )<br>             Defendants.  )<br>  )<br>_____ ) | NO. 1:11-CR-00199-AWI<br><br>ORDER REGARDING<br>MOTION FOR DISCLOSURE OF GRAND<br>JURY MATERIAL UNDER FED. R.<br>CRIM. P. 6(e)(3)(E)(i) |

For the reasons stated in the government's motion and supporting memorandum of points and authorities,

IT IS HEREBY ORDERED that grand jury material gathered pursuant to grand jury investigation number 09A-52 be released to Internal Revenue Service employees as necessary to resolve the civil tax issues of Sean Crowther Roberts and Nadia Roberts detailed in the Plea Agreements filed in this criminal case.

IT IS SO ORDERED.

Dated:     January 10, 2012            /s/ [signature]
                                        CHIEF UNITED STATES DISTRICT JUDGE

1