1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK E. CULLERS
   Assistant U.S. Attorney
3  TIMOTHY J. STOCKWELL
   JOHN P. SCULLY
4  Trial Attorneys
   Department of Justice, Tax Division
5  4401 Federal Building
   2500 Tulare Street
6  Fresno, California 93721
   Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>         Plaintiff,          )<br>                             )<br>    v.                       )<br>                             )<br>                             )<br>SEAN CROWTHER ROBERTS and    )<br>NADIA ROBERTS,               )<br>                             )<br>         Defendants.         )<br>_____) | NO. 1:11-CR-00199-AWI<br><br>ORDER CONTINUING DATE FOR<br>SENTENCING<br><br>Current Date: January 23, 2012<br>Time: 11:00 a.m.<br>Courtroom: 2<br>Chief Judge Anthony W. Ishii |

PURSUANT TO THE STIPULATION OF THE PARTIES, good cause appearing, it is ordered that the Sentencing now set for January 23, 2012 at 11:00 a.m. before Chief Judge Anthony W. Ishii be continued until April 2, 2012 at the same place and time of day.

IT IS SO ORDERED.

Dated:     January 13, 2012         /s/ A.W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE