Nina Marino, Esq., SBN. 142815
KAPLAN MARINO, PC
9454 Wilshire Blvd., Suite 500
Beverly Hills, California 90212
Tel:    (310) 557-0007
Fax:    (310) 275-4651
E-mail:  marino@kaplanmarino.com

Edward M. Robbins, Jr., Esq., SBN. 08314
HOCHMAN SALKIN RETTIG TOSCHER & PEREZ, P.C.
9150 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
Tel:    (310) 281-3200
Fax:    (310)859-1430
E-mail: EdR@taxlitigator.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-cr-00199-AWI |
| Plaintiff, | ORDER CONTINUING DATE FOR SENTENCING |
| vs. | Current Date:  July 9, 2012 |
| SEAN CROWTHER ROBERTS and | New Date:       July 30, 2012 |
| NADIA ROBERTS, | Time:             11:00 a.m. |
| Defendant. | Courtroom:     2<br>Chief Judge Anthony W. Ishii |

///

///

///

///

///

///

PURSUANT TO THE STIPULATION OF THE PARTIES, good cause having been shown, it is ordered that the Sentencing now set for July 9, 2012 at 11:00 a.m. before Chief Judge Anthony W. Ishii may be continued until July 30, 2012 at 11:00 a.m. at the same place.

IT IS SO ORDERED.

Dated:   June 12, 2012

CHIEF UNITED STATES DISTRICT JUDGE