NINA MARINO, ESQ. State Bar No. 142815
KAPLAN MARINO, PC
9454 Wilshire Boulevard, Suite 500
Beverly Hills, California 90212
Phone  (310)557-0007
Fax     (310) 275-4651
Email: marino@kaplanmarino.com

Attorney for Defendants
SEAN and NADIA ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00199-AWI |
| Plaintiff, | NOTICE AND REQUEST TO SEAL DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES |
| v. | |
| SEAN and NADIA ROBERTS, | |
| Defendants. | |

PLEASE TAKE NOTICE,

Defendants, SEAN and NADIA ROBERTS, through counsel NINA MARINO, respectfully requests that Defendant's Sentencing Memorandum be filed *Under Seal*. The reason for this request is that Defendant's Sentencing Memorandum contains confidential and privileged information regarding the defendant's physical and mental health.

Dated: July 16, 2012                    Respectfully Submitted,

                                        KAPLAN MARINO, P.C.,


                                        /s/:
                                        _____
                                        NINA MARINO
                                        Attorney for SEAN and NADIA ROBERTS

**REQUEST TO SEAL DOCUMENTS**

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**ARGUMENT**

This court has plenary supervisory power to seal documents under appropriate circumstances. See <u>United States v. Mann</u>, 829 F. 2d 849, 853 (9th Cir. 1987). <u>In re Sealed Affidavit(s) to Search Warrants</u>, 600 F2d. 1256, 1257 (9th Cir. 1979); E.D. Cal. Local Rule 141 (party may request court to seal filed documents). Although there is a strong presumption of public access to court records, this presumption may be overcome where there is a likelihood of improper use of the material, including use for scandalous or libelous purposes, or where public access would infringe on the privacy or fair trial rights. <u>Valley Broadcasting Co., v. United States Dist. Ct.</u>, 798 F. 2d 1289, 1294 (9th Cir. 1986); See <u>Hagestad v. Tragesser</u>, 49 F.3d 1430, 1434 (9th Cir. 1995). To determine whether the presumption of access is overcome, courts should balance the likelihood of inappropriate use with the public's interest in understanding the judicial process. <u>Valley Broadcasting Co.</u>, 798 F 2d at 1294. A Court should consider all relevant factors and "base its decision on compelling reason and articulate the factual basis for its ruling without relying on hypothesis or conjecture." <u>Hagestad</u>, 49 F. 3d at 1343.

Defendant's Sentencing Memorandum contains confidential and privileged information regarding the defendant's physical and mental health. By contrast, it contains nothing of any appreciable interest to the general public. These circumstances support placing the Defendant's Sentencing Memorandum *Under Seal*.

**II.**

**CONCLUSION**

In light of the foregoing argument, SEAN and NADIA ROBERTS respectfully request that the Court grant the request to seal.  Alternate proposed orders are submitted herewith.

Dated:   July 16, 2012                    Respectfully Submitted,

KAPLAN MARINO, P.C.

/s/:
_____
NINA MARINO
Attorney for SEAN and NADIA ROBERTS

**REQUEST TO SEAL DOCUMENTS**

NINA MARINO, ESQ. State Bar No. 142815
KAPLAN MARINO, PC
9454 Wilshire Boulevard, Suite 500
Beverly Hills, California 90212
Phone  (310)557-0007
Fax     (310) 275-4651
Email: marino@kaplanmarino.com

Attorney for Defendants
SEAN and NADIA ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00199-AWI |
| Plaintiff, | ORDERS, IN THE ALTERNATIVE |
| v. | |
| SEAN and NADIA ROBERTS, | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document, Defendant's Sentencing Memorandum, shall be filed *Under Seal*.

IT IS SO ORDERED.

Dated:   July 23, 2012                              _____
                                                    CHIEF UNITED STATES DISTRICT JUDGE