1  NINA MARINO, ESQ. State Bar No. 142815
   KAPLAN MARINO, PC
2  9454 Wilshire Boulevard, Suite 500
   Beverly Hills, California 90212
3  Phone  (310)557-0007
   Fax    (310) 275-4651
4  Email: marino@kaplanmarino.com

5  Attorney for Defendants
   SEAN and NADIA ROBERTS
6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,           )   Case No. 1:11-cr-00199-AWI
                                       )
10             Plaintiff,              )   ORDER
                                       )
11     v.                              )
                                       )
12                                     )
                                       )
13 SEAN and NADIA ROBERTS,             )
                                       )
14             Defendants.             )
                                       )
15

16 GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document,

17 Defendant's Reply to Government's Second Supplemental Sentencing Memorandum, Declaration

18 of Nina Marino, shall be filed *Under Seal*.

19

20 IT IS SO ORDERED.
21
   Dated:   August 3, 2012            _____
22                                    CHIEF UNITED STATES DISTRICT JUDGE