BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
TIMOTHY J. STOCKWELL
Trial Attorney
Department of Justice, Tax Division
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
NOV - 6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:11-CR-00199-AWI |
| Plaintiff, ) | |
| v. ) | ORDER RELEASING RESTITUTION PAYMENT TO INTERNAL REVENUE SERVICE |
| SEAN CROWTHER ROBERTS and NADIA ROBERTS, ) ) | |
| Defendants. ) | |

PURSUANT TO A STIPULATION OF THE PARTIES, good cause appearing, it is ordered that the Clerk of the Court release the restitution payment of Defendants Sean and Nadia Roberts, in the amount of $709,675, to the Internal Revenue Service to satisfy the Court's restitution order.   IT IS SO ORDERED.

DATED: 11-6-12

_____
SENIOR JUDGE, UNITED STATES
DISTRICT COURT