Nina Marino, SBN 142815
KAPLAN MARINO, P.C.
9454 Wilshire Blvd., Suite 500
Beverly Hills, CA 90212
Telephone:     (310) 557-0007
Facsimile:      (310) 275-4651
Email:            marino@kaplanmarino.com

Edward M. Robbins, Jr., SBN 08314
HOCHMAN SALKIN RETTIG TOSHER & PEREZ, PC
9150 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
Telephone:     (310) 281-3200
Facsimile:      (310) 859-1430
Email:            EdR@taxlitigator.com

Attorney for Defendants
SEAN and NADIA ROBERTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SEAN ROBERTS AND NADIA ROBERTS, ) <br> ) <br> Defendants. ) <br> _____) | CASE No. 1:11 CR 00199 AWI <br><br> ORDER |

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED THAT:

    Sean Roberts is to surrender to BOP on February 12, 2013.

    All other orders to the contrary are hereby revoked.

IT IS SO ORDERED.

Dated:   January 24, 2013                                       _____
                                                                                             SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER