UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Sean Roberts**<br>**Docket Number:  0972 1:11CR00199-001**<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Sean Roberts is requesting permission to travel to China..   Sean Roberts is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On July 30, 2012, Sean Roberts was sentenced for the offense(s) of 26 USC 7206(1), Willfully Making and Subscribing to a False Tax Return, a Class E Felony.

**Sentence Imposed:**  12 months 1 day BOP; 12 months TSR; mandatory drug testing waived; $100 special assessment; $3,219,196.44 restitution (both paid at the time of sentencing); warrantless search; cooperate with IRS; no weapons.

**Dates and Mode of Travel:**  Depart LAX 7/11/2014 and arrive Pudong Airport in Shanghai, China, on 7/12/2014; fly to Chengdu, China, on 7/16/2014; fly back to Shanghai, China, then to LAX on 7/20/2014.

**Purpose:**  The defendant previously owned Flight Research Incorporated and conducted business with China by way of training.  He has since sold the company and would like to formally introduce the contacts in China to the new owner.  The matter was discussed with United States Attorney Mark Cullers on May 6, 2014, who does not object to the travel so long as the defendant provides a detailed itinerary to this officer, and checks in with her when departing and upon return to the country.

**RE:    Sean Roberts**
**Docket Number:  0972 1:11CR00199-001**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/  Julie R. Martin

**JULIE R. MARTIN**
United States Probation Officer

Dated:   May 12, 2014
         Bakersfield, California
         JRM:jrm

/s/ Thomas A. Burgess

**REVIEWED BY:     THOMAS A. BURGESS**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved        ☐     Disapproved

**May 27, 2014**                              **/s/ ANTHONY W. ISHII**
**Date**                                      **Anthony W. Ishii**
                                              **Senior United States District Judge**

2