UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Sean Roberts**<br>**Docket Number:  0972 1:11CR00199-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Sean Roberts is requesting permission to travel to Belize.   Sean Roberts is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**     On July 30, 2012, Sean Roberts was sentenced for the offense(s) of 26 USC 7206 (1), Willfully Making and Subscribing to a False Tax Return, a Class E Felony.

**Sentence Imposed:**  12 months 1 day BOP; 12 months TSR; mandatory drug testing waived; $100 special assessment, $3,219,196.44 restitution (both paid at the time of sentencing); warrantless search; cooperate with IRS; no weapons.

**Dates and Mode of Travel:**  Depart on airplane Bakersfield, California, 08/01/2014; return 08/05/2014.

**Purpose:**  Personal vacation with wife, Nadia Roberts.  The matter was discussed with United States Attorney Mark Cullers who does not object to the travel.

1

**RE:**   **Sean Roberts**
   **Docket Number:  0972 1:11CR00199-001**
   <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Julie R. Martin

**JULIE R. MARTIN**
**United States Probation Officer**

Dated:   June 16, 2014
   Bakersfield, California
   JRM:jrm

   /s/ Thomas A. Burgess
**REVIEWED BY:**   **THOMAS A. BURGESS**
   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved   ☐   Disapproved

IT IS SO ORDERED.

Dated:  June 21, 2014   _____
   SENIOR  DISTRICT  JUDGE