UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Sean Crowther ROBERTS**<br>**Docket Number:  1:11CR00199-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Sean Crowther Roberts is requesting permission to travel to China.  He is current with all supervision obligations, and all monetary obligations have been satisfied. The Court previously granted Mr. Roberts permission to travel to China on July 11, 2014 to July 20, 2014.

**Conviction and Sentencing Date:**  On July 30, 2012, Sean Roberts was sentenced for the offense of 26 USC 7206(1) – Willfully Making and Subscribing to a False Tax Return, a Class E Felony.

**Sentence Imposed:**  12 months, 1 day custody of the Bureau of Prisons; 12-month Term of Supervised Release; Mandatory drug testing waived; Warrantless search; Cooperate with IRS; Firearms restrictions; $100 special assessment; and $3,219,196.44 restitution (both paid at the time of sentencing).

**Dates and Mode of Travel:**  Depart LAX on October 30, 2014, arriving in Beijing, China on October 31, 2014.  Depart Hong Kong on November 17, 2014, arriving at LAX on November 17, 2014.

**Purpose:**  Mr. Roberts and his wife are traveling to China to attend the Zhuhai Airshow, where he will be presenting a paper at an aviation symposium.  Mr. Roberts previously traveled to China in July 2014, with the Court's permission.  AUSA Mark Cullers did not object to the travel as long as his itinerary was provided to the probation officer. Mr. Roberts has provided probation with his travel itinerary for this trip to China.

RE:  Sean Crowther ROBERTS
     Docket Number: 1:11CR00199-001
     **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/Julie A. Fowler

JULIE A. FOWLER
United States Probation Officer

Dated:   October 22, 2014
         Roseville, California
         /jaf

                              /s/ Michael A. Sipe
**REVIEWED BY:**   MICHAEL A. SIPE
                   Supervising United States Probation Officer

---

# ORDER OF THE COURT

☒   Approved       ☐   Disapproved

IT IS SO ORDERED.

Dated:   **October 22, 2014**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

2